# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Any and all funds held in Ally Bank Account #2153056292

**AMENDED SEIZURE WARRANT**

CASE NUMBER: 2:18-MJ-00724

TO: __United States Postal Service (USPIS)__ and any Authorized Officer of the United States, Affidavit(s) having been made before me by __POSTAL INSPECTOR LYNDON A. VERSOZA__ who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Ally Bank Account #2153056292

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(a)(1)(A) and (C)

**concerning a violation of Title** __18__ **United States Code, Sections** __1952, 1956, and 1957__.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

__Ally Bank__ is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

| March 28, 2018   6:30 p.m. | Los Angeles, California |
|---|---|
| **Date and Time Issued** | **City and State** |
| | *Patrick J. Walsh* |
| **Hon. PATRICK J. WALSH, U.S. Magistrate Judge** | **Signature of Judicial Officer** |
| **Name and Title of Judicial Officer** | |

**JOHN J. KUCERA/smb**

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*