# United States District Court

ORIGINAL

_____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Any and all funds held in Ally Bank Account #2153056292

**AMENDED SEIZURE WARRANT**

CASE NUMBER: 2:18-MJ-00724

TO:   United States Postal Service  (USPIS)  and any Authorized Officer of the United States, Affidavit(s) having been made before me by POSTAL INSPECTOR LYNDON A. VERSOZA   who has reason to believe that in the Northern District of Texas there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Ally Bank Account #2153056292

**which is** (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under  18 U.S.C. § 981(a)(1)(A) and (C)

**concerning a violation of Title __18__ United States Code, Sections 1952, 1956, and 1957.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

    Ally Bank    is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

3/28/18  6:30 p.m.
**Date and Time Issued**

Los Angeles, California
**City and State**

*/s/ Patrick J. Walsh*
**Signature of Judicial Officer**

Hon. PATRICK J. WALSH, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

JOHN J. KUCERA/smb

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/28/18 | 4/6/18 9AM | ALLY BANK |

INVENTORY MADE IN THE PRESENCE OF

QUOC THAI   IRS CI

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

$218,936.61

# CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 4/6/18

Executing Officer's Signature

LYNDON VERSOZA USPI
Printed Name and Title