UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: APPLICATION, AFFIDAVIT AND SEIZURE WARRANT 18-MJ-00724 | No. 2:18-MJ-00724<br><br>ORDER UNSEALING THE APPLICATION FOR SEIZURE WARRANT, AFFIDAVIT AND SEIZURE WARRANT |

The United States of America has applied *ex parte* for an order unsealing Applications, Affidavits and Seizure warrant for the following CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00721; 18-MJ-00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01000; and 18-MJ-01001.

This applications, affidavits and seizure warrants were required to be sealed pursuant to the March 28, April 4, and April 26, 2018, Sealing Orders unless and until the court terminates that order or

1 | upon the filing of a civil complaint for forfeiture against any

2 | assets seized pursuant to the execution of the warrants, whichever is

3 | earlier.

4 |        IT IS ORDERED:

5 |        The Applications, Affidavits and Seizure warrant for the

6 | following CR Misc. Nos.: 18-MJ-00711; 18-MJ-00712; 18-MJ-00713; 18-

7 | MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00721; 18-MJ-

8 | 00722; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00752; 18-MJ-

9 | 00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-

10 | 00999; 18-MJ-01000; and 18-MJ-01001 are unsealed.

11 |

12 | DATED: _May 16, 2018_____        _____

13 |                                  UNITED STATES MAGISTRATE JUDGE

14 | PRESENTED BY:

15 |

16 | NICOLA T. HANNA
      United States Attorney

17 | LAWRENCE S. MIDDLETON
      Assistant United States Attorney

18 | Chief, Criminal Division
      STEVEN R. WELK

19 | Assistant United States Attorney
      Chief, Asset Forfeiture Section

20 |

21 |  /s/John J. Kucera____
      JOHN J. KUCERA

22 | Assistant United States Attorney

23 | Attorneys for Plaintiff
      UNITED STATES OF AMERICA

24 |

25 |

26 |

27 |

28 |